UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GEORGE W. CARLISLE, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:05CV2417 CDP |
| | ) |
| ST. CHARLES SCHOOL DISTRICT, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

For the reasons stated in the Memorandum and Order entered today,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that defendant shall have summary judgment on plaintiff's complaint, and plaintiff's complaint is dismissed, in its entirety, with prejudice. Plaintiff shall bear all taxable costs of this action.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 2nd day of April, 2007.